UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANNEL ROBERTSON,<br><br>                     Petitioner,<br><br>    v.<br><br>JOHN KELLY, et al.,<br><br>                     Respondents. | CASE NO. C17-163-RAJ-BAT<br><br>**ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Respondents' motion to dismiss is currently noted for April 28, 2017. Dkt. 10. Petitioner moves to extend the noting date to May 19, 2017. Dkt. 13. Respondents do not oppose the request. *Id.* Based on the foregoing, the Court ORDERS:

(1)    Petitioner's unopposed motion for extension of time, Dkt. 13, is GRANTED.

(2)    The Clerk is directed to RE-NOTE respondents' motion to dismiss, Dkt. 10, for May 19, 2017. Any response is due by May 15, 2017, and any reply is due by the noting date.

(3)    The Clerk is further directed to send copies of this Order to the parties and to the Honorable Richard A. Jones.

DATED this 18th day of April, 2017.

                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge

ORDER GRANTING PETITIONER'S
UNOPPOSED MOTION FOR EXTENSION
OF TIME - 1