UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JANNEL ROBERTSON,

                    Petitioner,

        v.

JOHN KELLY, et al.,

                    Respondents.

CASE NO. C17-163-RAJ-BAT

**ORDER GRANTING STIPULATED
MOTION TO EXTEND TIME**

        The parties have filed a stipulated motion to extend the deadline for petitioner to respond

to respondents' motion to dismiss.  The Court GRANTS the stipulated motion, Dkt. 15, and

ORDERS the Clerk to RE-NOTE respondents' motion to dismiss, Dkt. 10, for **June 2, 2017**.

Petitioner shall file his response by May 22, 2017, and respondents may file a reply by the noting

date.

        DATED this 16th day of May, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION
TO EXTEND TIME - 1