UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JANNEL ROBERTSON,

                Petitioner,

    v.

JOHN KELLY, et al.,

                Respondents.

Case No. C17-163-RAJ

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and Orders as follows:

1.     The Court adopts the Report and Recommendation.
2.     Respondents' motion to dismiss, Dkt. 10, is **GRANTED**.
3.     Petitioner's habeas petition is **DENIED**.
4.     This action is **DISMISSED** with prejudice.
5.     The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 28th day of July, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL- 1